**FILED**
11/21/2024
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ASI_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Reset Form

Case Number: 2:24-cr-00702-HDV
Defendant Number: 1
U.S.A. v. Alexander Smirnov
Year of Birth: 1980
[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.): Internal Revenue Service

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: 2020-2022

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles    [ ] Ventura
[ ] Orange         [ ] Santa Barbara
[ ] Riverside      [ ] San Luis Obispo
[ ] San Bernardino [ ] Other _____

Citation of Offense: 26 U.S.C. § 7201: evasion of assessment; 26 U.S.C. § 7206: false or fraudulent tax return

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[ ] No   [✓] Yes

If "Yes," Case Number: 24-cr-00091-ODW

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): United States v. Alexander Smirnov

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A
Case Number: N/A
Assigned Judge: N/A
Charging: N/A

The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: N/A

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [✓] Yes
IF YES, provide Name: Richard Schonfeld
Phone Number: 702-384-5563

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [✓] No

This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: N/A
Case Number: N/A

The superseded case:
[ ] is still pending before Judge/Magistrate Judge
N/A
[ ] was previously dismissed on: N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO

IF YES, list language and/or dialect: N/A

**OTHER**

☑ Male ☐ Female
☐ U.S. Citizen ☐ Alien

Alias Name(s): N/A

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☑ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☐ Other _____
☐ public corruption
☑ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud

**CUSTODY STATUS**

**Defendant is not in custody:**
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision? ☐ Yes ☑ No
d. Is on bail or release from another district: N/A

**Defendant is in custody:**
a. Place of incarceration: ☐ State ☑ Federal
b. Name of Institution: Los Angeles MDC
c. If Federal, U.S. Marshals Service Registration Number: 99892-510
d. ☐ Solely on this charge. Date and time of arrest: N/A
e. On another conviction: ☐ Yes ☑ No
   IF YES: ☐ State ☑ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☑ Yes ☐ No
   IF YES: ☐ State ☑ Federal AND
   Name of Court: US District Court, Central District of CA
Date transferred to federal custody: n/a

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  N/A  20   N/A  21   N/A  40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: N/A

Date: 11/20/2024

Signature of Assistant U.S. Attorney

LEO J. WISE
Print Name