**FILED**
CLERK, U.S. DISTRICT COURT

11/21/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ASI___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>     PLAINTIFF<br>v.<br>ALEXANDER SMIRNOV,<br>     DEFENDANT(S) | CASE NUMBER<br><br>2:24-cr-00702-HDV<br><br>**NOTICE TO COURT OF RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

<u>United States v. Alexander Smirnov</u>, Case No. CR 24-cr-00091-ODW, which:

__X__   was previously assigned to the Honorable Otis D. Wright, II;

_____   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

_____   the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

__X__   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: November 20, 2024

LEO J. WISE
Assistant United States Attorney