DAVID Z. CHESNOFF, ESQ.
Pro Hac Vice
RICHARD A. SCHONFELD, ESQ.
California Bar No. 202182
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant, ALEXANDER SMIRNOV

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

* * * * * *

| UNITED STATES OF AMERICA, | ) | CASE NOS. 2:24-CR-00702-ODW |
|---|---|---|
| | ) | |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S NOTICE OF |
| | ) | APPEAL |
| v. | ) | |
| | ) | |
| ALEXANDER SMIRNOV, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Notice is hereby given that ALEXANDER SMIRNOV, Defendant herein, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the sentence imposed upon him on January 8, 2025, and the Amended Judgment and Commitment Order entered against him on January 16, 2025 (which withdrew the Judgment and Commitment Order that was entered on January 8, 2025). Specifically, Defendant limits his appeal to the Court's refusal to include in the

1

Judgment and Commitment Order that Defendant receive "credit in both Cr. Nos. 24-91 and 24-702 for the period of his pretrial detention since the day of his arrest…" as provided for in paragraph 19 of the Guilty Plea Agreement.

The Guilty Plea Agreement was entered pursuant to Rule 11(c)(1)(C), and when the Court accepted the Plea and sentenced the Defendant, the Court accepted the stipulated terms of paragraph 19 and therefore erred in refusing to order in the Judgment and Commitment that Defendant receive said credit.

Defendant has the right to appeal this aspect of his sentencing pursuant to paragraph 22, as the Court did not sentence Defendant as specified in paragraph 19 as a result of not including in the Judgment and Commitment Order the language

/ / /

/ / /

/ / /

identified above.

Dated this 21st day of January 2025.

Respectfully Submitted:

CHESNOFF & SCHONFELD

/s/  David Z. Chesnoff

DAVID Z. CHESNOFF, ESQ.
*Pro Hac Vice*
RICHARD A. SCHONFELD, ESQ.
California Bar No. 202182
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant ALEXANDER
SMIRNOV

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January 2025, I caused to be served via the Court's e-filing/e-service system a true and correct copy of the foregoing Notice of Appeal to all parties listed on the Court's Service List.

/s/ Camie Linnell
Employee of Chesnoff Schonfeld

4