```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  LINDSEY GREER DOTSON
    Assistant United States Attorney
 3  Chief, Criminal Division
    DAVID R. FRIEDMAN (Cal. Bar No. 300737)
 4  Assistant United States Attorney
    Chief, Criminal Appeals Section
 5       1000 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-7418
 7       Facsimile: (213) 894-8513
         E-mail:    David.Friedman@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

                    UNITED STATES DISTRICT COURT

                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-702-ODW |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| ALEXANDER SMIRNOV, | |
| Defendant. | |

   Plaintiff, United States of America, hereby advises the Court that the above-captioned case has been reassigned to a new attorney as follows:

|  | Name | E-Mail Address |
|---|---|---|
| Previously Assigned Attorneys | Derek E. Hines<br>Leo J. Wise<br>Mark F. Daly | derek.hines@usdoj.gov<br>leo.wise@usdoj.gov<br>MFD@USDOJ.GOV |
| Newly Assigned AUSA | David R. Friedman | david.friedman@usdoj.gov |

   Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: April 10, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

          /s/
DAVID R. FRIEDMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA